IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HIEN THI NGUYEN,

Plaintiff,

v.

GILLIAN BETANCOURT, et al.,

Defendants.

Case No.  24-cv-04128-MMC

**ORDER ADOPTING IN FULL REPORT AND RECOMMENDATION; REMANDING ACTION TO STATE COURT**

Before the Court is Magistrate Judge Virginia K. DeMarchi's Report and Recommendation, filed July 15, 2024, whereby said Magistrate Judge recommends the Court remand the above-titled action for lack of subject matter jurisdiction.  No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Santa Clara.

**IT IS SO ORDERED.**

Dated: July 30, 2024

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California